JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM WOOD**, | Case No.: CV 16-7451-DMG (JPRx) |
| Plaintiff, | |
| v. | |
| **THE COUNTY OF LOS ANGELES**, et al., | **JUDGMENT** |
| Defendants. | |

The Court having granted the motion for summary judgment of Defendants Henry Molinar and Young Kim by order dated October 11, 2018 [Doc. # 141],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: October 11, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE